IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01895-RPM

FRANK AGAZIO,
JULIA AGAZIO,
MARIA AGAZIO, a minor, by and through her next friends Frank and Julia Agazio,

    Plaintiffs,

v.

COMMERCE CITY, COLORADO,
COMMERCE CITY POLICE DEPARTMENT,
COMMERCE CITY ANIMAL CONTROL,
COMMERCE CITY POLICE OFFICER SUZANNE BARBER (CC2746), in her official and individual capacity,
COMMERCE CITY POLICE OFFICER KENDALL GROVE (CC1088), in his official and individual capacity,
ADAMS COUNTY COMMUNICATION CENTER, INC.,

    Defendants.

_____

ORDER GRANTING MOTION TO FILE SECOND AMENDED COMPLAINT
_____

    Upon review of the Motion for Leave to File Second Amended Complaint [8], filed today, it is

    ORDERED that the motion is granted.

    DATED: October 21st, 2010

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior Judge