IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01895-RPM

FRANK AGAZIO,
JULIA AGAZIO,
MARIA AGAZIO, a minor, by and through her next friends Frank and Julia Agazio,

    Plaintiffs,

v.

COMMERCE CITY, COLORADO,
COMMERCE CITY POLICE DEPARTMENT,
COMMERCE CITY ANIMAL CONTROL,
COMMERCE CITY POLICE OFFICER SUZANNE BARBER (CC2746), in her official and individual capacity,
COMMERCE CITY POLICE OFFICER KENDALL GROVE (CC1088), in his official and individual capacity,
ADAMS COUNTY COMMUNICATION CENTER, INC.,

    Defendants.

_____

ORDER OF DISMISSAL AS TO DEFENDANT ADAMS COUNTY COMMUNICATIONS CENTER, INC.
_____

    The sole claim made by the plaintiffs against the named defendant Adams County Communication Center, Inc., in the second amended complaint is the fourth claim for relief alleging negligence as specified in paragraphs 63 and 64.   Adams County Communication Center, Inc., has moved to dismiss based on the Colorado Governmental Immunity Act, asserting that it did not receive notice of the plaintiffs' claim as required by that statute.  The plaintiffs responded on November 22, 2010, arguing substantial compliance in that notice was sent to the Colorado Attorney General, the City Attorney's Office for Commerce City and the Commerce City Police Department listing the 911 call center.  The statute requires that notice be given to the governing

body of the governmental organization.  Exhibit B to the defendant's motion shows it is an entity organized by articles of incorporation with management vested in a board of directors consisting of representatives from the public entities involved in the inter-governmental cooperation agreement.  Because the plaintiffs failed to give notice to that governing body, it is

ORDERED that the defendant Adams County Communication Center, Inc., is dismissed from this civil action and the claim made against it is dismissed with prejudice.

DATED:   December 7th, 2010

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge