IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01895-RPM

FRANK AGAZIO,
JULIA AGAZIO,
MARIA AGAZIO, a minor, by and through her next friends Frank and Julia Agazio,

      Plaintiffs,

v.

COMMERCE CITY, COLORADO,
COMMERCE CITY POLICE DEPARTMENT,
COMMERCE CITY ANIMAL CONTROL,
COMMERCE CITY POLICE OFFICER SUZANNE BARBER (CC2746), in her official and individual capacity,
COMMERCE CITY POLICE OFFICER KENDALL GROVE (CC1088), in his official and individual capacity,
ADAMS COUNTY COMMUNICATION CENTER, INC.,

      Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

      Pursuant to D.C.COLO.LCivR 16, it is

      ORDERED that a scheduling conference will be held on **January 14, 2011, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on January 6, 2011.**

      The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>.  No parties or

representatives of parties will be permitted to attend.

DATED:   December 7th, 2010

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge