IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01895-RPM

FRANK AGAZIO,
JULIA AGAZIO,
MARIA AGAZIO, a minor, by and through her next friends Frank and Julia Agazio,

    Plaintiffs,

v.

COMMERCE CITY, COLORADO,
COMMERCE CITY POLICE DEPARTMENT,
COMMERCE CITY ANIMAL CONTROL,
COMMERCE CITY POLICE OFFICER SUZANNE BARBER (CC2746), in her official and individual capacity,
COMMERCE CITY POLICE OFFICER KENDALL GROVE (CC1088), in his official and individual capacity,

    Defendants.

_____

ORDER AWARDING FEES TO ADAMS COUNTY COMMUNICATION CENTER, INC.
_____

    Upon consideration of the motion of Defendant Adams County Communication Center, Inc., for fees and costs filed December 17, 2010, the plaintiffs' response, filed January 6, 2011, and the moving defendant's reply, filed January 20, 2011, it is

    ORDERED that pursuant to C.R.S. § 13-17-201, attorney's fees should be awarded in the amount of $3,035.00 and the request for costs of $22.24 for copy charges is denied as not recoverable under Fed.R.Civ.P. 54(d). It is therefore

    ORDERED that the plaintiffs shall pay to Defendant Adams County Communication Center, Inc., attorney's fees in the amount of $3,035.00.

    DATED: February 3rd, 2011

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge