IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01895-RPM

FRANK AGAZIO,
JULIA AGAZIO,
MARIA AGAZIO, a minor, by and through her next friends Frank and Julia Agazio,

     Plaintiffs,

v.

COMMERCE CITY, COLORADO,
COMMERCE CITY POLICE DEPARTMENT,
COMMERCE CITY ANIMAL CONTROL,
COMMERCE CITY POLICE OFFICER SUZANNE BARBER (CC2746), in her official and individual capacity,
COMMERCE CITY POLICE OFFICER KENDALL GROVE (CC1088), in his official and individual capacity,

     Defendants.

_____

### ORDER AMENDING SCHEDULING ORDER
_____

Upon review of the Joint Motion to Amend Expert Disclosure Deadlines in the Scheduling Order [26] filed March 30, 2011, it is

ORDERED that the motion is granted and paragraphs 7d and 7d(3) and (4) of the Scheduling Order are amended as follows:

     d. Expert Witness Disclosures: As set forth below.

(3) The party bearing the burden of persuasion on the issues for which the expert opinion is to be offered shall designate the expert and provide opposing counsel with all the information specified in Fed. R. Civ. P. 26(a)(2) on or before June 1, 2001.

(4) The parties shall designate all contradictory experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before July 1, 2011.

DATED: March 31, 2011

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge