**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

| | |
|---|---|
| Date: | March 14, 2012 |
| Courtroom Deputy: | J. Chris Smith |
| FTR Technician: | Kathy Terasaki |

_____

Civil Action No. 10-cv-01895-RPM

FRANK AGAZIO,                                                                                          Jay W. Swearingen
JULIA AGAZIO and
MARIA AGAZIO,
a minor , by and through her next friends Frank and Julia Agazio,

      Plaintiffs,

v.

COMMERCE CITY COLORADO,                                                                 Steven J. Dawes
COMMERCE CITY POLICE OFFICER SUZANNE BARBER (CC2746),
in her official and individual capacity and
COMMERCE CITY POLICE OFFICER KENDALL GROVE (CC1088),
in his official and individual capacity,

      Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Pending Motions**

**10:00 a.m.**     **Court in session.**

Plaintiffs present.

Court's preliminary remarks and advises counsel that for purposes of this hearing and the law it is considering the dog as personal property and the 1983 claim as a Fourth Amendment violation.

Mr. Swearingen states plaintiffs contend the dog is joint ownership among the plaintiffs.

Discussion between court and Mr. Swearingen regarding excessive force claim.

10:05 a.m.     Argument by Mr. Dawes.
10:13 a.m.     Argument by Mr. Swearingen.
10:26 a.m.     Rebuttal argument by Mr. Dawes.

March 14, 2012
10-cv-01895-RPM

**Court makes oral findings of fact and conclusions of law as stated on record.**

**ORDERED:**   **Defendants' Motion to Dismiss and in the Alternative Motion for Summary Judgment [31], is denied as to Officer Barber with respect to the First Claim for Relief considered as a Fourth Amendment violation and claim for qualified immunity and granted with respect to the tort claims.  Defendant Commerce City's claim that plaintiffs failed to show a policy that the city violated that constituted an injury due to the loss of the dog is granted.  Case will proceed forward with respect to the remaining claims against Officer Barber and all other claims against the other defendants are dismissed.**
**Court finds dog ownership is joint among the two adult plaintiffs.**

   **Defendants' Motions to Strike Exhibits [47], is terminated.**

Discussion regarding scheduling.

**ORDERED:**   **Pretrial conference set April 20, 2012 at 2:00 p.m.**

**10:32 a.m.**   **Court in recess.**

Hearing concluded.  Total time:   32 min.