IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01895-RPM

FRANK AGAZIO,
JULIA AGAZIO,
MARIA AGAZIO, a minor, by and through her next friends Frank and Julia Agazio,

      Plaintiffs,

v.

COMMERCE CITY, COLORADO,
COMMERCE CITY POLICE OFFICER SUZANNE BARBER (CC2746), in her official and individual capacity,
COMMERCE CITY POLICE OFFICER KENDALL GROVE (CC1088), in his official and individual capacity,

      Defendants.

_____

ORDER ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT
_____

Pursuant to the papers filed supporting and opposing the defendants' motion for summary judgment filed September 15, 2011, and the oral argument heard today, and the Court having granted the defendants' motion to strike exhibits attached to the plaintiffs' response brief, excepting for the statement of Richard Hage that he saw Officer Barber's gun drawn, and upon the Court's findings made orally at the hearing that the plaintiffs have shown sufficient support for challenging the credibility of Suzanne Barber with respect to this incident and that Suzanne Barber is the only person witnessing the events leading to the shooting of the plaintiffs' dog, there is a triable issue as to whether she was confronted with a threat to her safety such that the use of lethal force was a reasonable response.  Therefore, her claim of qualified immunity is denied.  The plaintiffs have failed to show evidentiary support for a claim of a violation of

a municipal policy of Commerce City, Colorado, causing their loss of property, and the plaintiffs have failed to show sufficient evidentiary support to find that the conduct of the Officers Barber and Grove constituted willful and wanton conduct.  Accordingly, those claims are dismissed under the Colorado Governmental Immunity Act, and the second claim for relief for excessive force is dismissed because it addresses the lethal force against the dog, rather than a person.  Accordingly, it is

ORDERED that the defendant Police Officer Suzanne Barber's motion for summary judgment is denied as to the First Claim for Relief and it is

FURTHER ORDERED that the motion for summary judgment by all other defendants is granted and the state law claims against Suzanne Barber are also dismissed.

DATED:   March 14th, 2012

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge