**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                July 9, 2012
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 10-cv-01895-RPM

| | |
|---|---|
| FRANK AGAZIO, | Jay W. Swearingen |
| JULIA AGAZIO and | Jennifer R. Edwards |
| MARIA AGAZIO, | Juliet R. Piccone |
| a minor , by and through her next friends Frank and Julia Agazio, | |

    Plaintiffs,

v.

|  |  |
|---|---|
|  | Steven J. Dawes |
| COMMERCE CITY POLICE OFFICER SUZANNE BARBER (CC2746), | Kate L. McDonald |
| in her individual capacity, | |

    Defendant.

_____

**COURTROOM MINUTES**
_____

**Trial to Jury  Day One**

**8:17 a.m.**       **Court in session.**

Plaintiffs Frank, Julia and Maria Agazio and Defendant Suzanne Barber are present.

Court's preliminary remarks.

Argument by Ms. Swearingen.

**ORDERED:**     Motion to Quash Service of Subpoenas or in the Alternative Motion to Bar Testimony from Rene Bullock and Debra Bullock [75], is granted.

**ORDERED:**     Motion to Strike Plaintiffs' Supplemental Disclosures and to Bar Testimony of Witnesses and Introduction of Documents [76], is granted in part and denied in part as stated on record.

Discussion regarding witnesses.
Court states its trial practices.

**8:30 a.m.**       **Court in recess.**
**8:20 a.m.**       **Court in session.**

July 9, 2012
10-cv-01895-RPM

8:44 a.m.        Jurors present.

Court's preliminary remarks to jurors.

Statement of the case read to jurors by the Court.

All jurors sworn for voir dire.

Eighteen jurors called to the jury box.

Court voir dires jurors.

Court excuses for cause juror:

    100225991

10:36 a.m. to 10:39 a.m.   **Bench conference:**  defendant's motion to strike juror 100237804 for cause by Mr. Dawes is denied. Counsel pass jurors for cause.

Plaintiffs' challenges:

    100239821
    100240248
    100220286

Defendant's challenges:

    100237804
    100224478
    100240248

Twelve jurors selected to try the case:

    100234444
    100200870
    100206626
    100233440
    100229707
    100223445
    100218069
    100237936
    100223046
    100217765
    100213338
    100203002

July 9, 2012
10-cv-01895-RPM

Court instructs jurors.
Jurors excused.

**10:55 a.m.        Court in recess.**
**11:15 a.m.        Court in session.**

Jurors present.
Twelve jurors sworn to try the case.

11:20 a.m.        Plaintiffs' opening statement by Ms. Edwards.

11:33 a.m.        Defendant's opening statement by Mr. Dawes.

Court instructs jurors.

11:43 p.m.        Plaintiff Frank Agazio sworn.

Direct examination of Mr. Agazio by Mr. Swearingen.

**Plaintiffs' Exhibit 21 identified, stipulated, offered and received.**
Plaintiffs' Exhibit 22 identified and offered.
11:55 a.m. to 11:56 a.m.          Mr. Dawes voir dires Mr. Agazio regarding Plaintiffs' Exhibit 22.
**Plaintiffs' Exhibit 22 received.**

Court instructs jurors.
Jurors excused.

**12:00 p.m.        Court in recess.**
**1:15 p.m.         Court in session.**

Jurors present.

1:17 p.m.         Continued direct examination of Mr. Agazio by Mr. Swearingen.

**Plaintiffs' Exhibits 24, 29 and 20 identified, offered and received.**
Reference to Plaintiffs' Exhibit 22.

1:54 p.m.         Cross examination of Mr. Agazio by Mr. Dawes.

**Defendant's Exhibit G identified, offered and received.**

2:15 p.m.         Redirect examination of Mr. Agazio by Mr. Swearingen.

2:22 p.m.         Plaintiff Maria Agazio sworn.

Direct examination of Maria Agazio by Mr. Swearingen.

July 9, 2012
10-cv-01895-RPM

Reference to Plaintiffs' Exhibit 20 and 24.

2:48 p.m.          Cross examination of Maria Agazio by Mr. Dawes.

Reference to the May 25, 2011 deposition transcript of Maria Agazio.
Reference to Plaintiffs' Exhibit 20.
Reference to Defendant's Exhibit G.

3:10 p.m.          Redirect examination of Maria Agazio by Mr. Swearingen.

Reference to Plaintiffs' Exhibit 22.

Court instructs jurors.
Jurors excused.

**3:15 p.m.          Court in recess.**
**3:30 p.m.          Court in session.**

Jurors present.

3:32 p.m.          Plaintiff Julia Agazio sworn.

Direct examination of Julia Agazio by Mr. Swearingen.

Plaintiffs' Exhibit 12 identified, offered and defendant's **objection sustained**.
Plaintiffs' request to play a 911 call audiotape and defendant's **objection sustained**.

4:08 p.m.          Cross examination of Julia Agazio by Mr. Dawes.

Reference to the May 25, 2011 deposition transcript of Julia Agazio.

4:22 p.m.          Redirect examination of Julia Agazio by Mr. Swearingen.

Court instructs jurors.
Jurors excused until 9:00 a.m. July 10, 2012.

Argument by Mr. Swearingen in support of request to play 911 call audiotape.
**Court states plaintiffs' request for an adverse inference instruction is denied.**
Mr. Dawes answers questions asked by the Court regarding examination of the dog.

Discussion regarding scheduling.

**4:35 p.m.          Court in recess.**

**Clerk's Note:**  Redacted Strike Sheet attached.

Trial continued.  Total time: 7 hrs. 3 min.

4