**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 11 2012

GREGORY C. LANGHAM
CLERK

Civil Case No.  10-cv-01895-RPM

FRANK AGAZIO,
JULIA AGAZIO and
MARIA AGAZIO,
a minor , by and through her next friends Frank and Julia Agazio,

Plaintiffs,

v.

COMMERCE CITY POLICE OFFICER SUZANNE BARBER (CC2746),
in her individual capacity,

Defendant.

---

**STIPULATION AND ORDER REGARDING
CUSTODY OF EXHIBITS AND DEPOSITIONS**

---

IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began

on July 9, 2012, counsel for the parties shall retain custody of their respective exhibits and

depositions until such time as all need for the exhibits and depositions has terminated and

the time to appeal has expired or all appellate proceedings have been terminated plus sixty

days.

DATED at Denver, Colorado this _11_ day of July, 2012.

BY THE COURT:

Richard P. Matsch, Judge
United States District Court

APPROVED AS TO FORM:

ATTORNEY FOR PLAINTIFFS

ATTORNEY FOR DEFENDANT